UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

THOMAS WRIGHT                                                                                          Plaintiff

v.                                                                            Civil Action No. 3:21-cv-00602-RGJ-CHL

GOOGLE, LLC, HON HAI PRECISION                                                                  Defendants
INDUSTRY CO. LTD., CELLULAR
SALES OF KENTUCKY, LLC, AND
CELLULAR SALES OF KNOXVILLE,
INC.

**ORDER**

Plaintiff, Thomas Wright ("Wright") has failed to timely respond to the pending motions and to seek legal counsel in this matter. The Magistrate Judge has given Wright opportunities to either obtain new counsel or file a notice of intent to proceed pro se. [DE 44, DE 49]. Devine has not complied with the Court's orders. Fed. R. Civ. P. 41(b) authorizes involuntary dismissal of an action if the Plaintiff fails to prosecute. *See Jourdan v. Jabe*, 951 F.2d 108, 109 (6th. Cir. 1991)("Fed. R. Civ. P. 41(b) recognizes the power of the district court to enter a *sua sponte* order of dismissal."). Defendants have also moved to dismiss Wright's case for failure to prosecute under Fed. R. Civ. P. 41(b). [DE 48, DE 51, DE 52]. Accordingly, the Defendants' motions [DE 48, DE 51, DE 52] to dismiss for failure to prosecute are **GRANTED**. The Court will issue separate judgment.

Rebecca Grady Jennings, District Judge
United States District Court

June 22, 2022

1

cc: Counsel of record
 Thomas Wright, pro se
 Via U.S. Mail
 2417 Quillman Hill
 Louisville, KY 40214